UNSEALED PER ORDER OF COURT

~~SEALED~~ 7/11/18

FILED

18 JUN 29 PM 4:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **18 CR 3070 JLS** |
| Plaintiff, | |
| v. | I N D I C T M E N T |
| LUKE CHRISTOPHER ZOUVAS, | Title 18, U.S.C., Sec. 1956(a)(3)(B) – Money Laundering; Title 18, U.S.C., Secs. 982(a)(1) and 982(b) – Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

INTRODUCTORY ALLEGATIONS

1.    The defendant LUKE CHRISTOPHER ZOUVAS, (ZOUVAS), is a licensed attorney and operates a law office in San Diego, California.    ZOUVAS maintains a client trust account and a client escrow account with Wells Fargo Bank.

//

//

//

//

// CC: PRETRIAL

APA:AJGA:nlv:San Diego
6/28/18

Counts 1-8

18 U.S.C. § 1956(a)(3)(B)

2.   On or about the dates indicated below, within the Southern District of California and elsewhere, the defendant LUKE CHRISTOPHER ZOUVAS, with the intent to conceal and disguise the nature, location, source, ownership and control, of property believed to be the proceeds of specified unlawful activity, did knowingly conduct the following financial transactions affecting interstate commerce involving property represented by a person at the direction of, and with the approval of, a law enforcement officer, to be proceeds of specified unlawful activity, to wit: fraud in the sale of securities:

| Count | Date | Transaction | Amount |
|-------|------|-------------|--------|
| 1 | November 13, 2017 | Wire transmission from City National Bank account x-8609 to Wells Fargo Zouvas Client Account | $40,000 |
| 2 | November 17, 2017 | Wire transmission from City National Bank account x-8609 to Wells Fargo Zouvas Client Account | $60,000 |
| 3 | November 28, 2017 | Wire transmission from Wells Fargo Zouvas Client Account to City National Bank account x-7084 | $81,000 |
| 4 | December 1, 2017 | Wire transmission from Wells Fargo Zouvas Client Account to City National Bank account x-7084 | $81,000 |
| 5 | December 7, 2017 | Wire transmission from City National Bank account x-8609 to Wells Fargo Zouvas Client Account | $90,000 |

| Count | Date | Transaction | Amount |
|-------|------|-------------|--------|
| 6 | December 19, 2017 | Wire transmission from City National Bank account x-8609 to Wells Fargo Zouvas Client Account | $100,000 |
| 7 | January 5, 2018 | Wire transmission from Wells Fargo Zouvas Client Account to City National Bank account x-7084 | $74,700 |
| 8 | March 5, 2018 | Wire transmission from City National Bank account x-6797 to Wells Fargo Zouvas Client Account | $60,000 |

All in violation of Title 18, United States Code, Section 1956(a)(3)(B).

<u>FORFEITURE ALLEGATION</u>

3.    Upon conviction of one or more of the offenses alleged in Counts 1 through 8, and pursuant to Title 18, United States Code, Section 982(a)(1), the defendant LUKE CHRISTOPHER ZOUVAS shall forfeit to the United States all rights, title and interest in any and all property involved in such offenses, and any property traceable to such property, including but not limited to $64,300.

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third person;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty;

3

1   it is the intent of the United States, pursuant to Title 18, United

2   States Code, Section 982(b), to seek forfeiture of any other property

3   of the defendant up to the value of the said property listed above as

4   being subject to forfeiture.

5       All pursuant to Title 18, United States Code, Sections 982(a)(1)

6   and 982(b).

7       DATED: June 29, 2018.

8                                          A TRUE BILL:

10                                         Foreperson

11  ADAM L. BRAVERMAN
    United States Attorney

14  By: _____
    AARON P. ARNZEN
    Assistant U.S. Attorney

17  By: _____
    ANDREW J. GALVIN
    Assistant U.S. Attorney