# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 18cr3070-JLS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Luke C. Zouvas | ) | Booking No. 71401298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7-12-18__ the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release.
- ✓ Defendant released on $ __50,000 P/S__ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case dismissed.
- ___ Case dismissed, charges pending in case no. _____
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Received _____ DUSM

OR
JOHN MORRILL           Clerk
by _____ Deputy Clerk  x6415

R. ANDREWS

Crim-9 (Rev. 8-11)                                             ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY