# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr3070-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL FORFEITURE ADDENDUM TO PLEA AGREEMENT |
| LUKE CHRISTOPHER ZOUVAS, | |
| Defendant. | |

Upon application of the United States, it is hereby ordered that the Forfeiture Addendum to Plea Agreement, shall be unsealed.

IT IS SO ORDERED.

Dated: February 4, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge