UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-cr-03070-JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING WITHDRAWAL OF ATTORNEY PETER J. MAZZA AS COUNSEL TO DEFENDANT LUKE CHRISTOPHER ZOUVAS** |
| v. | |
| LUKE CHRISTOPHER ZOUVAS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, and with the consent of Defendant Luke Christopher Zouvas (see Doc. No. 47), the Court accepts the withdrawal notice of Attorney Peter J. Mazza of Jones Day as counsel to Mr. Zouvas. Attorneys Edward Patrick Swan, Jr. and Michael Gosling, also of Jones Day, will continue as counsel to Mr. Zouvas.

IT IS SO ORDERED.

Dated: February 19, 2019

Hon. Janis L. Sammartino
United States District Judge