```
Edward P. Swan, Jr. (SBN 89429)
pswan@jonesday.com
Michael F. Gosling (State Bar No. 305845)
mgosling@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178
```

Attorneys for Defendant
Luke Christopher Zouvas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>LUKE CHRISTOPHER ZOUVAS,<br><br>              Defendant. | Case No. 18-cr-03070-JLS<br><br>**ACKNOWLEDGMENT OF SENTENCING DATE** |

   I, Defendant Luke Zouvas, have read the Court's April 24, 2019, order granting the parties' joint motion to continue sentencing from May 10, 2019, to June 14, 2019. (Doc. No. 54.) I hereby state that I will appear as directed before the Court for sentencing on June 14, 2019, at 9:00 a.m.

Dated: 4/25/2019

_____
Luke Christopher Zouvas

1
2  Dated:    April 25, 2019              Respectfully submitted,
3                                         JONES DAY
4
5                                         By: *s/ Michael F. Gosling*
                                              Michael F. Gosling
6
7                                         Counsel for Defendant
                                          Luke Christopher Zouvas
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, Michael F. Gosling, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4655 Executive Drive, Suite 1500, San Diego, California 92121.3134. On April 25, 2019, I served a copy of the **Acknowledgement of Sentencing Date** by electronic transmission.

I am familiar with the United States District Court's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Adam Braverman, Esq.
Andrew J. Galvin, Esq.
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: 619.546.9721
Email: aaron.arnzen@usdoj.gov
       andrew.galvin@usdoj.gov
*Attorneys for United States of America*

Executed on April 25, 2019, at San Diego, California.

*s/ Michael F.* Gosling
Michael F. Gosling
mgosling@jonesday.com